SLR:CPK:JHK
F.#2005V00356

FILED
U.S. ... D.N.Y.
★ DEC 16 2011 ★
LONG ISLAND OFFICE
D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

- against -

LEONARD PALONE, et al.

       Defendant.

- - - - - - - - - - - - - - - - - X

Criminal Action No.
05 CR 0196 (S-4) (SJF)

## FINAL ORDER OF FORFEITURE

WHEREAS, on March 29, 2006, this Court entered a Consent Order of Forfeiture (the "Consent Order"), wherein Defendant LEONARD PALONE (the "Defendant") and Third-Party Signatory Bonnie Jurman-Palone (the "Third-Party Signatory"), agreed to forfeit the following property:

    a) Sixty-Eight Thousand Eighty Dollars and No Cents ($68,080.00) in United States currency, more or less, and all proceeds traceable thereto, seized on February 18, 2005, from Defendant at 2119 East 64th Street, Apt. 2, Brooklyn, New York 11234; and

    b) Two Hundred Seventy-Four Thousand Eight Hundred Dollars and No Cents ($274,800.00) in United States currency, more or less, and all proceeds traceable thereto, seized on December 5, 2005, from the Defendant's father, Joseph Palone of 37 Estates Drive, Boynton Beach, Florida 33436;

-2-

c)  One (1) Black 1991 Mercedes Benz 300E, Vehicle Identification Number ("VIN") WDBEA30D7MB383516, and all proceeds traceable thereto, seized from Defendant at 1041 East 46th Street, Brooklyn, New York (the "1041 East 46th Street premises"); and

d)  One (1) Yellow 1997 Donzi Speed Boat "Pleasure King," Hull# DNAC6032B797, New York Registration NY 9395GD, with Marine Racing Engine, and all proceeds traceable thereto, seized from Defendant at the 1041 East 46th Street premises; and

e)  One (1) 1997 Venture Boat Trailer, New York Registration 87389M, and all proceeds traceable thereto, seized from Defendant at the 1041 East 46th Street premises; and

f)  One (1) Yellow/White 2003 Yale Lift Truck, Model GTP030AFNUAE084, VIN B810N03202A, and all proceeds traceable thereto, seized from Defendant at the 1041 East 46th Street premises; and

g)  One (1) Red 2004 International Truck, Model 4300-DT466, VIN 1HTMMAAM74H678512, and all proceeds traceable thereto, seized from Defendant at the 1041 East 46th Street premises; and

h)  All right title, and interest in the assets of Collocated, Inc., and all proceeds traceable

thereto; and

i) All right title, and interest in the assets of United Precise, Inc., and all proceeds traceable thereto;

j) Three thousand and twenty one dollars and seventy cents ($3,021.70) seized on or about May 5, 2006, from Citibank, N.A., account no. 6806528-3, held in the name of United Precise, Inc.;

k) All right title, and interest in the assets of Camino Real East, LLC, and all proceeds traceable thereto;

l) Seven hundred and ninety five dollars and no cents ($795.00) seized on or about May 5, 2006 from Wachovia Bank, account no. 2000020199436, held in the name of Camino Real East, LLC;

m) All right title, and interest of the Defendant in the assets of Coastal Land Partners, Inc., and all proceeds traceable thereto;

n) All right title, and interest in the assets of A-1 Precise, Inc., and all proceeds traceable thereto; and

o) All right title, and interest of Defendant in Jenco Development, Corp., and all proceeds traceable thereto; and

  P) Forty nine thousand six hundred and seventy five dollars and twenty one cents ($49,675.21) seized on or about April 24, 2006 from Emigrant Savings Bank, account no. 25-30290093, held in the name of Defendant (items a through p collectively the "Forfeited Assets"); and

WHEREAS, the Forfeited Assets constitute, or were derived from, proceeds that the Defendant obtained, directly or indirectly, as a result of his violations of, <u>inter alia</u>, 21 U.S.C. § 846, and/or as property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of his violations of said offenses, and/or as substitute assets, pursuant to 21 U.S.C. § 853(p); and

WHEREAS, legal notice of the Consent Order was published in the *New York Post*, a newspaper of general circulation in this district and elsewhere, on September 14, 2006, September 18, 2006 and September 25, 2006; in the *Palm Beach Review* on December 7, 2007, December 14, 2007 and December 21, 2007 and on the official government website, <u>www.forfeiture.gov,</u> on August 20, 2010 through and including September 18, 2010; and

WHEREAS, no third party has ever filed with the Court any petition or claim in connection with the Forfeited Assets and the

-5-

time to do so has since expired.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. All right, title and interest in the Forfeited Assets is hereby condemned, forfeited and vested in the United States of America.

2. The United States Marshals Service, and any of its duly authorized agents and/or contractors, is hereby authorized to dispose of the Forfeited Assets in accordance with all laws and regulations.

3. The United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purpose of enforcing the Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

4. The Clerk of the Court shall forward five (5) certified copies of this Final Order to the United States Attorney's Office, 610 Federal Plaza, Central Islip, New York 11722, Attn: James H. Knapp, Assistant United States Attorney.

Dated:  Central Islip, New York
        December 16, 2011

/S/ SANDRA J. FEUERSTEIN
HONORABLE SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT JUDGE